In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00362-CV
_____

SAVENG BOUNNHARITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 123,859

**MEMORANDUM OPINION**

Saveng Bounnharith appeals from an animal cruelty seizure proceeding brought pursuant to chapter 821 of the Texas Health and Safety Code, in which the justice court ordered the seizure of chickens owned by Bounnharith. Bounnharith appealed the seizure to the County Court at Law No. 1, then filed a notice of appeal with this Court after the County Court at Law's adverse ruling. *See* Tex. Health & Safety Code Ann. § 821.025(a) (West Supp. 2014). Section 821.025(e) of the Health and Safety Code states that "[t]he decision of the county court or county

1

court at law under this section is final and may not be further appealed." *Id.* § 821.025(e).

The State filed a motion to dismiss, in which the State argues that this Court lacks jurisdiction. We notified the parties that the State had filed a motion to dismiss and that appellant could file a response. Bounnharith filed responses but failed to demonstrate that this Court has jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction. *See id.*

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 14, 2015
Opinion Delivered October 15, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.